

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILMER TOMAS MEJIA-GALLEGOS | **1:26-cr-00020**<br>**Judge Rebecca R. Pallmeyer**<br>**Magistrate Judge Daniel P. McLaughlin**<br>**RANDOM / Cat. 5**<br>Violation: Title 8, United States Code, Section 1326(a) |

The SPECIAL JANUARY 2026 GRAND JURY charges:

On or about October 28, 2022, in Oak Park, Illinois, in the Northern District of Illinois, Eastern Division,

WILMER TOMAS MEJIA-GALLEGOS,

defendant herein, an alien who previously had been deported and removed from the United States on or about February 25, 2015, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY